```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 19552
   DONALD L LUKE
   MARGARET A LUKE                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-3172    SSN XXX-XX-7277
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/19/04 and confirmed on 10/05/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   8652.50 .

    4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 7251.75 | .00 | 7251.75 |
| LITTON LOAN SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF STREATOR WATER D | PRIORITY | 985.24 | .00 | 985.24 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 803.27 | .00 | 2.45 |
| ROUNDUP FUNDING LLC | UNSECURED | 3545.58 | .00 | 10.80 |
| ROUNDUP FUNDING LLC | UNSECURED | 2676.28 | .00 | 8.15 |
| ROUNDUP FUNDING LLC | UNSECURED | 3150.57 | .00 | 9.60 |
| FIRST CONSUMERS NATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| CARD SERVICE CENTER | UNSECURED | 2046.29 | .00 | 6.23 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN BANK | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |

        Summary of disbursements:
---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7251.75 | 985.24 | 12221.99 | .00 | 20458.98 |
| PRINCIPAL PAID | 7251.75 | 985.24 | 37.23 | .00 | 8274.22 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 7251.75 | 985.24 | 37.23 | .00 | 8274.22 |

The Debtor's attorney, LARS ERIC OSTLING ESQ         , was allowed $        .00
and was paid $       .00 .

The Trustee received $    378.21 .

Refunds to the Debtor totaled $        .07 .

    Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 11/12/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```